UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __7__

*L. Benjamin*
-v-
*J. Benjamin, et al*

U.S.C.A. # _____

U.S.D.C. # __08-cv-2104__

JUDGE: __KMW__

DATE: __July 2, 2008__

*[Stamp: U.S. DISTRICT COURT FILED JUL 0 2 2008 S.D. OF N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): THOMAS R. PISARCZYK
FIRM: U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK
ADDRESS: 500 PEARL STREET, ROOM 370
NEW YORK, NEW YORK 10007
PHONE NO.: (212) 805 - 0636

DISTRICT COURT DOCKET ENTRIES ----------

DOCUMENT DESCRIPTION                                              DOC. #

CLERK'S CERTIFICATE

SEE ATTACHED LIST OF NUMBERED DOCUMENTS

** ONLY CIRCLED DOCUMENTS ARE INCLUDED **

** ALL OTHERS MISSING AT THIS TIME **

(✓) Original Record                         (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __2ND__ Day of __July__, 2008.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------
L. Benjamin
-v-
J. Benjamin et al
---------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-2104

JUDGE: KMW

DATE: July 2, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered _____ Through _____, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed                Document Description

_____        **BALANCE OF FILE MISSING AT THIS TIME**

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 2nd Day of July In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-02104-KMW
### Internal Use Only

Benjamin v. Benjamin et al
Assigned to: Judge Kimba M. Wood
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 03/03/2008
Date Terminated: 03/03/2008
Jury Demand: Plaintiff
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 03/03/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Jeffrey Benjamin.(mbe) (Entered: 03/11/2008) |
| 03/03/2008 | 2 | COMPLAINT against Lester Benjamin, Administration Operation of Classification, Imam Muhammad, Anderson. Document filed by Jeffrey Benjamin.(mbe) (Entered: 03/11/2008) |
| 03/03/2008 |  | Magistrate Judge James C. Francis is so designated. (mbe) (Entered: 03/11/2008) |
| 03/03/2008 | 3 | ORDER OF DISMISSAL, I grant plaintiff's request to proceed in forma pauperis, but dismissed the complaint for the following reasons. Plaintiff seeks to assert violation of his rights based on New York Correction Law, his claims must be dismissed because they do not allege a violation of a right protected by the United States Constitution of federal statutes as required for a claim under 42 U.S.C. 1983. Accordingly, the complaint, filed in forma pauperis under 28 U.S.C. 1915(a)(1), is dismissed pursuant to 28 U.S.C. 1915(e)(2). I certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/2008) (mbe) (Entered: 03/11/2008) |
| 03/03/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 3/3/2008) (mbe) (Entered: 03/11/2008) |
| 05/14/2008 | 5 | PRO SE MEMORANDUM dated 5/8/08 re: CHANGE OF ADDRESS for Jeffrey Benjamin. New Address: 152-22 135 Avenue, Queens, NY, 11434. (djc) (Entered: 05/14/2008) |
| 06/09/2008 | 6 | NOTICE OF APPEAL from 4 Judgment - Sua Sponte (Complaint), Order Dismissing Complaint (I.F.P.). Document filed by Jeffrey Benjamin. (tp) (Entered: 07/01/2008) |
| 06/09/2008 |  | Appeal Remark as to 6 Notice of Appeal filed by Jeffrey Benjamin. $455.00 APPEAL FEE DUE. IFP REVOKED 3/3/08. (tp) (Entered: 07/01/2008) |
| 07/01/2008 |  | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 6 Notice of Appeal. (tp) (Entered: 07/01/2008) |
| 07/01/2008 |  | Transmission of Notice of Appeal to the District Judge re: 6 Notice of Appeal. (tp) (Entered: 07/01/2008) |